NEBRASKA STATE RAILWAY COMMISSION, APPELLANT, v. PAINLESS WITHERS DENTAL COMPANY ET AL., APPELLEES.

FILED JUNE 29, 1920. No. 21098.

APPEAL from the district court for Douglas county: GEORGE A. DAY, JUDGE. *Affirmed.*

*Clarence A. Davis, Attorney General,* and *Hugh La-Master,* for appellant.

*John P. Breen, contra.*

FLANSBURG, J.

The ruling in the case of *Nebraska State Railway Commission v. Alfalfa Butter Co., ante,* p. 797, is decisive of the questions involved in this case. The judgment of the lower court is therefore affirmed without further opinion.

AFFIRMED.

DEAN, ALDRICH and DAY, JJ., not sitting.